United States District Court
Southern District of Texas
FILED

OCT 2 2 2010

David J. Bradley, Clerk of Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: § Case No. 05-94775-H4-13
**ROBERT EARL WHITE** §
**PAMELA DENEE WHITE**
Debtors §

### Application for Payment of Unclaimed Funds
### and Certificate of Service

1.  I am making application to receive $2,500.00, which was deposited as unclaimed funds on behalf of <u>Attorney General of Texas-Child Support Division</u>.

2.  Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not away of any dispute regarding the funds at issued based upon the following:

| | | |
|---|---|---|
| ☐ | a. | Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents. |
| X | b. | Applicant is the attorney in fact for the creditor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor. |
| ☐ | c. | Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment. |
| ☐ | d. | Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1. |
| ☐ | e. | Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate. |
| ☐ | f. | None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because: _____ _____ |

3. I understand that pursuant to 18 U. S. C. § 152, I could be fined no more that $5,000.00, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U. S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the forgoing statements and information are true and correct.

Dated: 10/21/2010

Phillip Emerson
Assistant Attorney General
6161 Savoy Ste. 320
Houston, Texas 77036
(713) 787.7150 office number
(713) 789.7665 fax number

Subscribed and sworn before me this 21st day of October, 2010.



LISA CASTILLO
Notary Public
STATE OF TEXAS
Commission Exp. 03-23-2014
Notary without Bond

Notary Public
State of Texas
My commission expires: March 23, 2014

Attachments: 1. _____
2. _____
3. _____
4. _____

### Certificate of Service

I certify that on October 21st, 2010, a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U. S. Attorney
P. O. Box 61129
Houston, Texas 77208

Robert and Pamela Denee White
1230 Beaufort Drive
Houston, Texas 77067

U. S. Trustee
515 Rusk Avenue, Ste. 3516
Houston, Texas 77002